UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CAVALIERE and DALLAS LEBLANC, individually and on behalf of all others similar situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALTERNATIVE VENTURES LLC, doing business as PRESS'D,<br><br>Defendant. | Case No. 2:25-cv-137-SRM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' PUTATIVE NATIONWIDE CLASS ALLEGATIONS** |

On June 26, 2025, at 1:30 p.m. in Courtroom 9B of the above-captioned court, Defendant Alternative Ventures LLC dba PRESS'D's ("Defendant") Motion to Strike Plaintiffs' Putative Nationwide Class Allegations pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and/or 12(f) (the "Motion to Strike") came on regularly for hearing.

The Motion to Strike seeks to strike Plaintiffs' nationwide class allegations because Plaintiffs David Cavaliere and Dallas LeBlanc lack standing to assert claims under the common laws of states with which they have no connection (*see, e.g.*, *Lozano v. Bowmar Nutrition LLC*, 2021 WL 4459660, at *2 (C.D. Cal. Aug. 19, 2021); *Stevens v. Britax Child*

*Safety, Inc.*, 2021 WL 4706702, at *4 (C.D. Cal. July 13, 2021)); California lacks significant contacts with the claims of each class member (*see, e.g.*, *Phillips Petroleum Co. v. Shutts*, 472 U.S. 797, 821 (1985); *Mazza v. Am. Honda Motor Co., Inc.*, 666 F.3d 581, 590 (9th Cir. 2012)); and conflict of law principles preclude certification of a nationwide class (*see, e.g.*, *Zinser v. Accufix Research Inst., Inc.*, 253 F.3d 1180, 1187 (9th Cir. 2001); *Cover v. Windsor Surry Co.*, 2016 WL 520991, at *5 (N.D. Cal. Feb. 10, 2016)).

      The Court, having reviewed the Defendant's Motion to Strike and the Parties' responsive briefing, and good cause appearing therefor, hereby GRANTS the Motion to Strike and ORDERS as follows:

1. The Motion to Strike is granted in its entirety; and
2. Plaintiffs' Putative Nationwide Class Allegations are stricken.

**IT IS SO ORDERED.**

Dated:

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE